IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| ALEXANDER LANCE | § | |
| --- | --- | --- |
| | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 5:21-CV-00837-JKP-ESC |
| CITY OF SAN ANTONIO AND | § | |
| JOHN DOE | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, ALEXANDER LANCE, and files this Motion for Leave to File Third Amended Complaint, and wouldrespectfully show unto this Court as follows:

I.

Plaintiff, ALEXANDER LANCE, moves for leave to file this proposed Third Amended Petition a copy of which is attached as "**Exhibit A**" and incorporated by reference. Leave to file this amended petition is requested by the plaintiff to add Officer JESSE NORIEGA as a Defendant, and remove Defendant "JOHN DOE." Plaintiff also seeks to add Defendants Rodolfo Contero, #3297, James Ybarra, #0855, Edwin Turner, #1385, Jonathan Reyes, #1470, Marshall Davis, #0152, Perla Dominguez, #0798, Drew Reyes, #0679, Cody Haegelin, #0795, and Valentin Figueroa, #0176, all of whom unlawfully failed to render medical aid to Mr. Lance.

On June 24, 2021, Plaintiff Alexander Lance filed his Original Petition in the 166th Judicial District Court of Bexar County, Texas. Plaintiff's Original Petition named the City of

San Antonio and "John Doe" as Defendants. Dkt. No. 1-3. On July 6, 2021, Plaintiff amended his petition and requested the issuance of Citation on Defendant City of San Antonio and served the City on August 20, 2021. Dkt. No. 1-4. The City filed its Original Answer on August 25, 2021. On September 2, 2021, the City of San Antonio timely filed its Notice of Removal, thereby removing the case to this court.

Under FEDERAL RULE OF CIVIL PROCEDURE 15, more than 21 days after filing a pleading, "a party may amend its pleading only with the opposing party's written consent or the court's leave." FED. R. CIV. P. 15(a)(2). Plaintiff requests leave to amend the complaint he filed on August 20, 2021. Plaintiff files his Third Amended Petition as "**Exhibit A**" alongwith this Motion for Leave.

Plaintiff requests leave to amend his complaint for several reasons. First and foremost, Defendant John Doe has not been named because until very recently the true identity of the officer who shot Plaintiff was unknown to Plaintiff. The City of San Antonio revealed that SWAT Officer Jesse Noriega, Badge #0989 was, in fact, the officer who shot Plaintiff on May 30, 2020. Second, on November 12, 2021, the Court entered a Scheduling Order which set February 7, 2022 as the deadline to file any motion seeking leave to amend pleadings or join parties. Dkt. No. 15.

The Rules provide, "[t]he court should freely give leave when justice so requires." The Fifth Circuit has recognized that "[w]hether to grant leave to amend acomplaint 'is entrusted to the sound discretion of the district court.'" *Ballard v. Devon Energy Prod. Co.*, 678 F.3d 360, 364 (5th Cir. 2012) (quoting *Lozano v. Ocwen Fed. Bank, FSB*, 489 F.3d 636, 644 (5th Cir. 2007).). Because the language of Rule 15 "evinces a bias in favor of granting leave to amend," "[a] district

court must possess a 'substantial reason' to deny a request for leave to amend." *Torch Liquidating Trust v. Stockstill*, 561 F.3d 377, 391 (5th Cir. 2009); *Smith v. EMC Corp.*, 393 F.3d 590, 595 (5th Cir. 2004). Courts within the Fifth Circuit examine five factors to determine whether leave to amend should be granted:

1. undue delay,
2. bad faith or dilatory motive,
3. repeated failure to cure deficiencies by previous amendments,
4. undue prejudice to the opposing party, and
5. futility of the amendment.

*Id.* "Absent any of these factors, the leave sought should be 'freely given.'" *Id.* (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962). The proposed amendment meets the Court's February 7 scheduling deadline to add a party, so there is no undue delay or prejudice to the Defendants caused by this amendment. Only recently did Plaintiff learn the true identify of "John Doe" and the other officers through the City of San Antonio's Initial Disclosures. Similarly, the Plaintiff has no bad faith or dilatory motive—he simply seeks to Doe for Noriega and add several new defendants. Since the case was removed to federal court, the Plaintiff has not yet attempted to amend his pleadings. Finally, the Plaintiff's claims are legally and factually sound, so amendment here would not be futile. *See id.* All of the factors demonstrate that leave should be granted. *See id.*

WHEREFORE, the Plaintiff requests that this Court enter an order granting leave to file the Third Amended Petition attached as **Exhibit A.**

Respectfully submitted,

*/s/ Tim Maloney*
**TIM MALONEY**
State Bar No. 12887380

TIM MALONEY
State Bar No. 12887380
tmaloney@maloneyandcampolo.com
PAUL E. CAMPOLO
State Bar No. 03730150
pcampolo@maloneyandcampolo.com
ERIC A. CAMPOLO
State Bar No. 24094579
ecampolo@maloneyandcampolo.com
**LAW OFFICES OF MALONEY & CAMPOLO**
926 S Alamo St.
San Antonio, Texas 78205
(210) 922-2200 - Telephone
(210) 923-1313 - Facsimile

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on the following attorney of record, in accordance with the Court's electronic filing guidelines, on the 7th day of February, 2022:

Elizabeth Guerrero-Southard
Assistant City Attorney
CITY OF SAN ANTONIO
203 S. St. Mary's St.
P.O. Box 839966
7515 Peppervine Lane
San Antonio, Texas 78238-3966
Elizabeth.guerrero-southard@sanantonio.gov
ATTORNEY FOR DEFENDANT
CITY OF SAN ANTONIO

*/s/ Tim Maloney*
TIM MALONEY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEXANDER LANCE | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 5:17-cv-1195-OLG |
| CITY OF SAN ANTONIO AND | § | |
| JOHN DOE | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Before the Court is the Plaintiff's Motion for Leave to File Amended Complaint.

The Court hereby **GRANTS** the Plaintiff's Motion for Leave to File Amended Complaint.

So ORDERED and SIGNED this  day of  _2022.

_____
HON. ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE